**REBECCA BRUCH, ESQ.**
Nevada Bar No. 7289
**LEMONS, GRUNDY & EISENBERG**
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775) 786-6868; (775)786-9716 (fax)
Email: rb@lge.net
*Attorney for Defendant Nye County*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRETT WAGGONER, an Individual<br><br>Plaintiff,<br><br>v.<br><br>NYE COUNTY; CHRIS ARABIA, in his individual and official capacity; LEO BLUNDO, in his individual and official capacity; DOES I-X; ROE CORPORATIONS I-X,<br><br>Defendants. | Case No: 2:21-cv-01312-APG-EJY<br><br>**JOINT AND UNOPPOSED MOTION TO RESCHEDULE EARLY NEUTRAL EVALUATION TO AN ALTERNATIVE DATE** |

The parties through their counsel of record, Michael Balaban, Esq., on behalf of Plaintiff Brett Waggoner ("Waggoner"); Brian Hardy, Esq., of Marquis Aurbach Coffing, on behalf of Nye County District Attorney Chris Arabia ("Arabia") and Nye County Commissioner Leo Blundo ("Blundo"); and Rebecca Bruch, Esq., of Lemons, Grundy & Eisenberg, on behalf of Nye County ("the County"), do hereby file this Joint and Unopposed Motion to Reschedule the Early Neutral Evaluation to an alternative date. The ENE is currently scheduled for November 8, 2021, at 10:00 a.m.

**MEMORANDUM OF POINTS AND AUTHORITIES**

The basis for this Joint and Unopposed Motion to Reschedule the Early Neutral Evaluation is because County Counsel Bruch has a family matter which conflicts with the November 8, 2021 date currently scheduled for the ENE. The parties bring this motion

1

jointly and without opposition.

On July 11, 2021, Waggoner filed this Complaint, in which he asserted seven causes of action related to his employment with Nye County. *ECF No. 1*. In response, on September 13, 2021, Blundo and Arabia filed a Motion to Dismiss as to all causes of action pursuant to FRCP 12(b)(6). *ECF No. 13*. The County filed its Answer on September 13, 2021. *ECF No. 9*. Plaintiff has not yet responded to the Motion to Dismiss. The parties will not be prejudiced by an alternative date since the dispositive Motion to Dismiss is pending.

A date after November 8, 2021, is requested.

[Remainder of page left intentionally blank.]

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

2

Based on the foregoing, the parties request that the Court grant this Joint and Unopposed Motion to Reschedule the Early Neutral Evaluation.

DATED this 22nd day of September, 2021.

LAW OFFICES OF MICHAEL P. BALABAN

By:   /s/ Michael Balaban
        MICHAEL P. BALABAN, ESQ.(SBN9370)
        10726 Del Rubini Street
        Las Vegas, NV 89141
        *Attorneys for Plaintiff*

DATED this 22nd day of September, 2021.

LEMONS, GRUNDY & EISENBERG

By:  /s/Rebecca Bruch
        REBECCA BRUCH, ESQ. (SBN7289)
        6005 Plumas St., Third Floor
        Reno, Nevada 89519
        *Attorneys for Defendant Nye County*

DATED this 22nd day of September, 2021.

MARQUIS AURBACH COFFING

By:   /s/ Brian Hardy
        BRIAN R. HARDY, ESQ. (SBN10068)
        KATHLEEN A. WILDE, ESQ (SBN12522)
        10001 Park Run Drive
        Las Vegas, Nevada 89145
        *Attorneys for Defendants*
        *Chris Arabia and Leo Blundo*

**ORDER**

**IT IS SO ORDERED**.  The Early Neutral Evaluation scheduled for November 8, 2021 is VACATED and **RESET** for **Thursday, November 18, 2021 at 10:00 a.m.** via video conference.  IT IS FURTHER ORDERED that the confidential evaluation statements are due by Noon on **Friday, November 12, 2021.**  All other provisions of the Court's Order (ECF No. 12) remain in effect.

DATED this 23rd day of September, 2021.

_____
Daniel J. Albregts
United States Magistrate Judge

LEMONS, GRUNDY & EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868