1
2
3
4
5
6

**REBECCA BRUCH, ESQ.**
Nevada Bar No. 7289
**LEMONS, GRUNDY & EISENBERG**
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775) 786-6868; (775)786-9716 (fax)
Email: rb@lge.net
*Attorney for Defendant Nye County*

7

## UNITED STATES DISTRICT COURT

8

### DISTRICT OF NEVADA

9
10
11
12
13
14
15
16
17

| | |
|---|---|
| BRETT WAGGONER, an Individual | Case No: 2:21-cv-01312-APG-EJY |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS (Fourth Request)** |
| v. | |
| NYE COUNTY; CHRIS ARABIA, in his individual and official capacity; LEO BLUNDO, in his individual and official capacity; DOES I-X; ROE CORPORATIONS I-X, | |
| Defendants. | |

18   The parties through their counsel of record, Michael Balaban, Esq., on behalf of
19   Plaintiff Brett Waggoner ("Waggoner"); Brian Hardy, Esq., of Marquis Aurbach Coffing,
20   on behalf of Nye County District Attorney Chris Arabia ("Arabia") and Nye County
21   Commissioner Leo Blundo ("Blundo"); and Rebecca Bruch, Esq., of Lemons, Grundy &
22   Eisenberg, on behalf of Nye County ("the County"), pursuant to Local Rules LR IA 6-1
23   and LR 26-4, hereby stipulate to extend the deadline for dispositive motions, subject to the
24   Court's approval. This is the fourth request for an extension of the deadline for dispositive
25   motions.  This requested extension is sought in good faith and not for the purposes of delay.
26   ///
27   ///
28   ///

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

1

1

2          **MEMORANDUM OF POINTS AND AUTHORITIES**

3  **I.      LEGAL AUTHORITIY**

4          Fed. R. Civ. P. 16(b)4) governs the modification of discovery plans and scheduling

5  orders. Rule 16 provides that "[a] schedule may be modified only for good cause and with

6  the judge's consent." Fed. R. Civ. P. 16(b)(4). The "good cause" standard focuses primarily

7  on the movant's diligence. *Coleman v Quaker Oats Co*., 232 F.3d 1271, 1294-95 (9th Cir.

8  2000). Local Rule 26-4 provides that discovery plans and scheduling orders may be

9  modified for good cause, provided that a motion to extend is made "no later than twenty-

10  one (21) days before the expiration of the subject deadline." LR 6-4.

11          On September 15, 2022, the Court granted a stipulation to extend discovery and

12  dispositive motions.   Dispositive motions were extended to December 5, 2022.   Counsel

13  for Nye County has been out of the country for almost two weeks in November.   In

14  addition, Counsel for Nye County has staffing issues which have and continue to cause

15  delays.   Holiday closures also are anticipated to cause delays.

16          Given the above, and based on the calendars of counsel for the parties, they would

17  stipulate to and request the dispositive motions and pretrial order dates be extended as

18  follows:

19          **Dispositive Motions:**   The parties propose extending the deadline for filing

20  dispositive motions by 35 days, until **January 10, 2023**.   Oppositions would be filed by

21  **February 10, 2023**.  Responses would be filed by **March 3, 2023**.

22  [Remainder of page left intentionally blank.]

23

24

25

26

27

28

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

**Joint Pretrial Order:**  The parties propose extending the deadline for filing the joint pretrial order to **February 10, 2023**, unless one or more dispositive motions are pending on this date thereby suspending the due date for the joint pretrial order to 30 days after the Court issues its order regarding such motion or motions.

DATED this 14th day of November, 2022.

**LAW OFFICES OF MICHAEL P. BALABAN**

By:   */s/ Michael P. Balaban*
MICHAEL P. BALABAN, ESQ.(SBN9370)
10726 Del Rubini Street
Las Vegas, NV 89141
*Attorneys for Plaintiff*

**LEMONS, GRUNDY & EISENBERG**

By:   */s/ Rebecca Bruch*
REBECCA BRUCH, ESQ. (SBN7289)
6005 Plumas St., Third Floor
Reno, Nevada 89519
*Attorneys for Defendant Nye County*

**MARQUIS AURBACH COFFING**

By:   */s/ Brian R. Hardy*
BRIAN R. HARDY, ESQ. (SBN10068)
KATHLEEN A. WILDE, ESQ (SBN12522)
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants Arabia and Blundo*

**IT IS SO ORDERED; provided, however, no further extensions of time to file dispositive motions will be granted**.

**DATED this 15th day of November, 2022.**

**UNITED STATES MAGISTRATE JUDGE**

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

3