```
Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com
```

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRETT WAGGONER, an Individual | CASE NO. 2:21-cv-01312-APG-EJY |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND DATE TO FILE PRETRIAL ORDER |
| vs. | (First Request) |
| NYE COUNTY; CHRIS ARABIA, in his individual and official capacity; LEO BLUNDO, in his individual and official capacity; DOES I -X; ROE CORPORATIONS I -X, | |
| Defendants. | |

      COME NOW, Plaintiff BRETT WAGGONER ("Plaintiff"), named above, by and through his counsel of record, MICHAEL P. BALABAN, ESQ. and Defendants CHRIS ARABIA and LEO BLUNDO ("Defendants Arabia and Blundo"), named above, by and through their counsel of record, BRIAN HARDY, ESQ. pursuant to LR IA 6-1 and LR 26-4, herein stipulate, agree and make joint application to extend the date to file the joint pretrial order date for a period of sixty (60) days.  The present pretrial order due date is on September 7, 2023 and the requested extension

1

would make the pretrial order due on Monday November 6, 2023.  No calendar call date or trial date has been set.

     This stipulation is made and based upon the following factors.

     Counsel for Plaintiff has been busy working on other cases and in particular getting an appellate brief prepared and filed in another case.  In addition Defendants Arabia and Blundo just filed a motion for reconsideration of the Court's order denying in part their motion for summary judgment which won't even be briefed for approximately one month.

     This request for an extension is not for purposes of delay; rather it is sought merely to provide the parties sufficient time to get the joint pretrial order prepared and filed given their counsels schedules and the recent filing discussed above.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | MARQUIS AURBACH COFFING |
|   /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV  89141<br>*Attorney for Plaintiff*<br><br>Dated: September 6, 2023 |   /s/ Brian R. Hardy<br>Brian R. Hardy, Esq. SBN#10068<br>10001 Park Run Drive<br>Las Vegas, NV  89145<br>*Attorneys for Defendants Chris Arabia and Leo Blundo*<br><br>Dated: September 6, 2023 |

IT IS SO ORDERED; provided, however, no additional extensions will be granted absent extraordinary unforeseen circumstances.

_____
U.S. MAGISTRATE JUDGE

Dated:  September 7, 2023