Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRETT WAGGONER, an Individual<br><br>           Plaintiff,<br><br>     vs.<br><br>NYE COUNTY; CHRIS ARABIA, in his individual and official capacity; LEO BLUNDO, in his individual and official capacity; DOES I -X; ROE CORPORATIONS I -X,<br><br>           Defendants. | CASE NO. 2:21-cv-01312-APG-EJY<br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS CHRIS ARABIA AND LEO BLUNDO'S PARTIAL MOTION FOR RECONSIDERATION (ECF NO. 54)AS TO THE COURT'S DECISION TO THEIR MOTION FOR SUMMARY JUDGMENT<br><br>(First Request) |

   Pursuant to L.R. I.A. 6-1, 6-2, and L.R. 7-1, Plaintiff BRETT WAGGONER ("Plaintiff") and Defendants CHRIS ARABIA and LEO BLUNDO ("Defendants Arabia and Blundo") (collectively referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Plaintiff to respond to Defendants Chris Arabia and Leo Blundo's Partial Motion for Reconsideration (ECF No. 54) as to the Court's Decision to their

Motion for Summary Judgment (ECF No. 52), which is currently due on September 19, 2023, to September 25, 2023. The deadline for the Reply will likewise be extended to include six (6) additional days to the normal response time. The Parties are requesting this extension due to Plaintiff's counsel schedule and workload that includes filing a complaint and responding to voluminous discovery requests due the day before and after the opposition would be due in this case. This is the Parties' first request to extend the time for Plaintiff to respond to Defendants Chris Arabia and Leo Blundo's Partial Motion for Reconsideration as the Court's Decision to their Motion for Summary Judgment. This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

    IT IS SO STIPULATED.

Dated this 14th day of September, 2023.    Dated this 14th day of September, 2023.

| LAW OFFICES OF MICHAEL P. BALABAN | MARQUIS AURBACH |
|---|---|
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV 89141<br><br>*Attorney for Plaintiff* | /s/ Jennifer L. Micheli<br>Brian R. Hardy, Esq.<br>Nevada Bar No. 10068<br>Jennifer L. Micheli, Esq.<br>Nevada Bar No. 11210<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br><br>*Attorneys for Defendants Chris Arabia and Leo Blundo* |

    IT IS SO ORDERED:

DATED: September 18, 2023

_____
UNITED STATES DISTRICT JUDGE