# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRETT WAGGONER,<br><br>  Plaintiff<br><br>v.<br><br>NYE COUNTY, et al.,<br><br>  Defendants | Case No.: 2:21-cv-01312-APG-EJY<br><br>**Order** |

On February 13, 2024, the parties advised the court that they had settled this matter and requested 30 days to file a stipulation of dismissal. ECF No. 63.  More than 30 days have passed, but the parties have not filed a stipulation of dismissal.

I THEREFORE ORDER that by May 20, 2024, the parties shall file either a stipulation of dismissal or a status report regarding settlement.

DATED this 6th day of May, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE