# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRETT WAGGONER,<br><br>　　　Plaintiff<br><br>v.<br><br>NYE COUNTY, et al.,<br><br>　　　Defendants | Case No.: 2:21-cv-01312-APG-EJY<br><br>**Order** |

I ORDER that the plaintiff's motion to dismiss **(ECF No. 71) is GRANTED**. The plaintiffs' claims against all defendants are dismissed with prejudice pursuant to a settlement agreement.

I FURTHER ORDER that defendants Chris Arabia and Leo Blundo's motion for reconsideration **(ECF No. 68) is DENIED as moot** because the settlement resolves all claims against them with prejudice. *See* EFC No. 71-1 at 2.

I FURTHER ORDER the clerk of court to close this case.

DATED this 23rd day of August, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE